In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Lands Required for the Construction of a Bridge over Newtown Creek.

JOHN L. KLAGES et al., Appellants; ALFRED L. NEW, as Executor of CATHARINE A. SMITH, Respondent.

*Matter of City of New York* (*Newtown Creek Bridge*), 128 App. Div. 150, affirmed.

(Submitted March 15, 1909; decided March 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1908, which affirmed an order of Special Term confirming the report of commissioners of estimate and appraisal appointed in the above-entitled proceeding.

*William B. Donihee* and *Arthur A. Brown* for appellants.

*Philip B. La Roche, Jr.*, and *Joseph A. Flannery* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.